CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

January 11, 2021

JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 7:21mj3 | Date and time warrant executed: 01/07/21 - 12:26 pm | Copy of warrant and inventory left with: On File with USPS-OIG |
|---|---|---|

Inventory made in the presence of: SA Phillips & Inspector McCafferty

Inventory of the property taken and name(s) of any person(s) seized:

5 cartridges labeled as containing THC distillate, 1 gram each.

Received in Chambers
By Reliable Electronic Means

January 11, 2021

Hon. Robert S. Ballou
United States Magistrate

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/11/2021

_____
Executing officer's signature

Special Agent, Todd Phillips
Printed name and title